**Essential Services Group**
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone: (212) 760-2300

## AFFIDAVIT OF SERVICE ON A PLACE OF BUSINESS

UNITED STATES DISTRICTCOURT
DISTRICT OF NEW YORK

NEW YORK LAW SCHOOL, ET AL.

VS.            INDEX# 08CIV10922

ASCOT PARTNERS, L.P., ET AL.

New York, New York SS:
     JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State. That on **DECEMBER 17/08 AT 12:10P.M.** at:
**450 PARK AVENUE**
**NEW YORK, N.Y. 10020**;
Deponent served the annexed:
SUMMONS IN A CIVIL ACTION;
CLASS ACTION COMPLAINT,
on **ASCOT PARTNERS, L.P.** by delivering thereat a true copy to JEROME BALSOM ESQ. personally;deponent knew said corporation/company so served to be the corporation/company mentioned therein.
     Deponent describes the individual served or spoken to as follows:
Sex/Color (Race): MALE/ WHITE
Hair/Approximate Age: BACK/ 45-55 YRS.
Approximate Height/Appoximate Weight: 5'9"/160 LBS.
     On 12/17/08 deponent mailed copies of the SUMMONS IN A CIVIL ACTION;
CLASS ACTION COMPLAINT, properly enclosed, addressed, and mailed in a postpaid envelope of regular first-class postage and marked "personal & confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, to ASCOT PARTNERS, L.P. at 450 PARK AVENUE
NEW YORK, N.Y. 10020.

28/ PS12.08-105.
SWORN TO BEFORE ME THIS
16 DAY OF December/08

*[signed] Jack Johnson*

*[signed] Julius D. Ringelheim*
[Notary seal: JULIUS D. RINGELHEIM, NOTARY PUBLIC STATE OF N.Y., NO. 01RI4387686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/__]