**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL.212-760-2300**
**FAX-212-760-0188**
**AGENCY AFFIDAVIT**

UNITED STATES DISTRICTCOURT
DISTRICT OF NEW YORK

NEW YORK LAW SCHOOL, ET AL.

VS.  INDEX#08CIV10922

ASCOT PARTNERS, L.P., ET AL.

State of New York, County of New York, SS:

JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **DECEMBER 17/08 AT 2:50P.M.** at:
**330 MADISON AVE.**
**NEW YORK, N.Y.** Deponent served the annexed:
**SUMMONS IN A CIVIL ACTION;**
**CLASS ACTION COMPLAINT,**

on **BDO SEIDMAN, LLP**
by delivering thereat a true copy to LISA A. MORRIS (COUNSEL) personally; Who represented to deponent that
(s)he was authorized to accept service of process on behalf of BDO SEIDMAN, LLP

Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/ WHITE
Hair/ Approximate Age: BROWN/ 40-50 YRS.
Approximate height/Approximate weight: 5'8"/140 LBS.

*Jack Johnson*

28/ PS12.08- -   104
sworn to before me this
19 day December 08

*Julius D. Ringelheim*

[Notary Seal: JULIUS D. RINGELHEIM, NOTARY PUBLIC STATE OF N.Y., NO. 01RI4-387686, QUALIFIED IN QUEENS COUNTY, COMMISSION EXP. 3/23/11]