ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

NEW YORK LAW SCHOOL, individually : Civil Action No. 08-CV-10922-DAB
and on behalf of all others similarly :
situated, :
:
Plaintiff, :
: **STIPULATION AND ORDER**
v. :
:
ASCOT PARTNERS, L.P., J. EZRA MERKIN :
and BDO SEIDMAN LLP, :
:
Defendants. :
---------------------------------------------------------------x



## STIPULATION AND ORDER

WHEREAS, on December 16, 2008, Plaintiff New York Law School filed a Class Action Complaint against Defendants, and, on that same date, published the notice required by 15 U.S.C. § 78u-4(a)(3)(A)(i) advising members of the purported plaintiff class of, inter alia, the pendency of the action;

WHEREAS, the date by which any other person seeking to serve as lead plaintiff must file a motion pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) to serve as lead plaintiff of the purported class is February 16, 2009;

WHEREAS, the current and original date by which Defendants Ascot Partners, L.P. ("Ascot"), J. Ezra Merkin ("Merkin"), and BDO Seidman LLP ("BDO") must each file an answer or a motion under Fed. R. Civ. P. 12 is potentially as early as January 6, 2009;

WHEREAS, Ascot, Merkin, and BDO wish to avoid expending potentially unnecessary resources in preparing responses to the Class Action Complaint before knowing whether or not an amended complaint will be filed; and

WHEREAS, this is the first request for adjournment of the date for Ascot, Merkin, and BDO each to file an answer or a motion under Fed. R. Civ. P. 12;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that (1) the time for Ascot, Merkin, and BDO to answer, move, or otherwise respond to the Class Action Complaint or an amended complaint is extended to 20 days after the plaintiff that the Court selects as lead plaintiff either serves an amended complaint or notifies Defendants that such plaintiff intends to proceed on the basis of the Class Action Complaint, and (2) nothing contained herein shall operate as a waiver of any arguments or defenses that Ascot, Merkin, or BDO may assert with respect to this action, all of which are hereby preserved.

Respectfully Submitted,

Dated: January 6, 2009

| ABBEY SPANIER RODD & ABRAMS, LLP | SCHULTE ROTH & ZABEL LLP |
|---|---|
| By: _____ | By: _____ |
| Stephen T. Rodd<br>Nancy Kaboolian<br>Richard B. Margolies<br>212 East 39th Street<br>New York, NY 10016<br>Telephone: (212) 889-3700<br>Facsimile: (212) 684-5191<br>Email: nkaboolian@abbeyspanier.com | Howard Schiffman<br>Harry Sandick<br>Eric A. Bensky<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>Email: eric.bensky@srz.com |
| *Attorneys for Plaintiff New York Law School* | *Attorneys for Defendant Ascot Partners, L.P.* |

[Signatures continued on following page]

DECHERT LLP

By: /s/ *[signature]*

Andrew J. Levander
Gary J. Mennitt
David Hoffner
Neil A. Steiner
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: neil.steiner@dechert.com

*Attorneys for Defendant J. Ezra Merkin*

EDWARDS ANGELL PALMER &
DODGE LLP

By: /s/ *[signature]*

Ira G. Greenberg
Robert Novack
Charles W. Stotter

750 Lexington Avenue
New York, NY 10022-1200
Telephone: (212) 308-4411
Facsimile: (212) 308-4844
Email: cstotter@eapdlaw.com

*Attorneys for BDO Seidman LLP*

SO ORDERED

/s/ Deborah A. Batts
U.S.D.J.
1/8/09