New York Law School v. Ascot Partners, L.P. et al Doc. 8

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NEW YORK LAW SCHOOL

v.

ASCOT PARTNERS, L.P., et al.

**APPEARANCE**

Case Number: 08 Civ. 10922 (DLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant BDO Seidman, LLP.

I certify that I am admitted to practice in this court.

January 23, 2009
Date

Signature

Robert Novack
Print Name
Bar Number

Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
Address

New York NY 10022
City State Zip Code

(212) 308-4411 (212) 308-4844
Phone Number Fax Number

NWK 217999.1

American LegalNet, Inc.
www.FormsWorkflow.com

Dockets.Justia.com

AFFIDAVIT OF SERVICE

STATE OF NEW YORK :

.ss:

COUNTY OF NEW YORK :

JOHN FRANCAVILLO,. being sworn , deposes and says:

I am not a party to this action. I am over the age of 18 years and employed by Edwards Angell Palmer & Dodge, LLP.

On January 23, 2009 I served the attached Notice of Appearance for defendant BDO Seidman LLP upon:

**Nancy Kaboolian**
Abbey Spanier Rodd Abrams &
Paradis, LLP
212 East 39th Street
New York , NY 10016
(212) 889-3700
Fax: (212) 684-5191
Email: kaboolian@abbeyspanier.com

**Stephen Thran Rodd**
Abbey Spanier Rodd Abrams &
Paradis, LLP
212 East 39th Street
New York , NY 10016
(212) 889-3700
Fax: (212) 684-5191
Email: srodd@abbeyspanier.com

counsel for plaintiffs, by mailing a true copy in properly addressed wrapper under the exclusive care of the U.S. Postal Office within the state of New York.

JOHN FRANCAVILLO

Sworn to before me this
23rd day of January 2009

Notary Public

STACEY A. LETAVISH
Notary Public, State of New York
No. 01LE6172176
Qualified in Queens County
Commission Expires: 09/06/2011