

ABBEY SPANIER RODD & ABRAMS, LLP
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

NANCY KABOOLIAN
nkaboolian@abbeyspanier.com

FEB - 3 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/09

February 2, 2009

By Hand Delivery

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
Room 2510
500 Pearl Street
New York, NY 10007-1312

Re: New York Law School v. Ascot Partners, L.P., J. Ezra Merkin and BDO Seidman LLP, No. 08-Civ-10922

Dear Judge Batts:

**MEMO ENDORSED**

We represent plaintiff New York Law School ("NYLS") in the action New York Law School v. Ascot Partners, L.P. et al., No. 08-Civ-10922 (S.D.N.Y.). We respectfully wish to inform the Court that we intend to file, on Monday, February 16, 2009, a motion for appointment of lead plaintiff.

We are aware of the Court's Individual Practice Rule II(B)(1) requiring that a pre-motion conference be held prior to filing certain motions. As Your Honor is aware, however, the Exchange Act Section 21D requires that motions for appointment of lead plaintiff be filed no later than 60 days after the date notice of the action was first published. 15 U.S.C. §78u-4(a)(3). Notice of the action was first published pursuant to Section 21D on December 16, 2008. Accordingly, motions for appointment of lead plaintiff must be filed by February 16, 2009.

Due to the time limits mandated by Section 21D of the Exchange Act, NYLS seeks leave to file its lead plaintiff motion without a pre-motion conference pursuant to the Court's Individual Practice Rule II(B)(1). We respectfully submit that, under these circumstances where we do not know the identities of the other movants, if any, and where the filing of a motion is statutorily mandated by Section 21D of the Exchange Act, the requirement of a pre-motion conference should be waived.

granted
DAB
2/5/09

**MEMO ENDORSED**

**SO ORDERED**

*Deborah A. Batts* 2/5/09
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

ABBEY SPANIER RODD & ABRAMS, LLP

Judge Deborah A. Batts
February 2, 2009
Pg. 2

      We are available to communicate with the Court at your pleasure to discuss these matters.

Respectfully,

*Nancy Kaboolian*

Nancy Kaboolian

cc: via email:

SCHULTE ROTH & ZABEL, LLP
    Eric A. Bensky, Esq.
    eric.bensky@srz.com
*Attorneys for Defendant Ascot Partners, L.P.*

DECHERT LLP
    Neil A. Steiner, Esq.
    neil.steiner@dechert.com
*Attorneys for Defendant J. Ezra Merkin*

EDWARDS ANGELL PALMER & DODGE, LLP
    Ira G. Greenberg, Esq.
    igreenberg@eapdlaw.com
    Robert Novack, Esq.
    rnovack@eapdlaw.com
    Charles W. Stotter, Esq.
    cstotter@eapdlaw.com
*Attorneys for Defendant BDO Seidman, LLP*