UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
:
NEW YORK LAW SCHOOL, individually and on      :
behalf of all others similarly situated,                       :
:
                                  Plaintiffs      :    Case No. 08 Civ. 10922 (DAB)
:
                 - against -      :
:    **<u>NOTICE OF APPEARANCE</u>**
ASCOT PARTNERS, L.P., J. EZRA MERKIN      :
And BDO SEIDMAN LLP      :
:
                      Defendants      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE enter my appearance as counsel of record on behalf of defendant J. Ezra

Merkin, in the above-captioned action. I certify that I am admitted to practice in the Southern

District of New York.

Dated: New York, New York
March 13, 2009                  DECHERT LLP


                                 By:  /s/ Andrew J. Levander
                                    Andrew J. Levander
                                    andrew.levander@dechert.com
                                    1095 Avenue of the Americas
                                    New York, New York 10036-6797
                              Tel.:(212) 698-3500
                              Fax: (212) 698-3599

                              Attorneys for J. Ezra Merkin