UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
NEW YORK LAW SCHOOL, individually and on :
behalf of all others similarly situated, :
:
                Plaintiffs : Case No. 08 Civ. 10922 (DAB)
:
             - against - :
: **NOTICE OF APPEARANCE**
ASCOT PARTNERS, L.P., J. EZRA MERKIN :
And BDO SEIDMAN LLP :
:
                Defendants :
------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE enter my appearance as counsel of record on behalf of defendant J. Ezra Merkin, in the above-captioned action. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
March 13, 2009

DECHERT LLP

By: /s/ Neil A. Steiner
    Neil A. Steiner
    neil.steiner@dechert.com
    1095 Avenue of the Americas
    New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

Attorneys for J. Ezra Merkin