UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
                                          :
NEW YORK LAW SCHOOL, individually and on  :
behalf of all others similarly situated,  :
                                          :
                Plaintiffs  : Case No. 08 Civ. 10922 (DAB)
                                          :
         - against -             :
                                          : **NOTICE OF APPEARANCE**
ASCOT PARTNERS, L.P., J. EZRA MERKIN      :
And BDO SEIDMAN LLP                       :
                                          :
                Defendants  :
                                          :
----------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE enter my appearance as counsel of record on behalf of defendant J. Ezra Merkin, in the above-captioned action. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
March 13, 2009                   DECHERT LLP

                                    By: /s/ Gary J. Mennett
                                         Gary J. Mennitt
                                         gary.mennitt@dechert.com
                                         1095 Avenue of the Americas
                                         New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

Attorneys for J. Ezra Merkin