Ira G. Greenberg
Robert J. Novack
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Seidman, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

No. 08 Civ. 10922 (DAB)

MOTION OF DEFENDANT BDO
SEIDMAN, LLP TO DISMISS

-----------------------------------------------------------x

      Defendant BDO Seidman, LLP moves to dismiss the action as against it pursuant to Fed. R. Civ. P. 12(b)(6). This motion is based on the affidavit of Ira G. Greenberg, sworn to the 25th day of June, 2009, together with the exhibits thereto. A memorandum of law is also being submitted in support of the motion.

      This motion will come on to be heard before Hon. Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New

York, NY 10007, on the 14th day of September, 2009, at 9:30 a.m. or as soon thereafter as counsel can be heard.

Dated: New York, NY
June 25, 2009

                                              Ira G. Greenberg (igreenberg@eapdlaw.com)
                                              Robert J. Novack (rnovack@eapdlaw.com)
                                              Florence A. Crisp (fcrisp@eapdlaw.com)
                                              EDWARDS ANGELL PALMER & DODGE LLP
                                              Attorneys for Defendant BDO Seidman, LLP
                                              750 Lexington Avenue, 8th floor
                                              New York, NY 10022
                                              (212) 308-4411

TO:

Arthur N. Abbey, Esq.
Karin Fisch, Esq.
Nancy Kaboolian, Esq.
Stephen Thran Rodd, Esq.
Richard B. Margolies, Esq.
ABBEY SPANIER RODD & ABRAMS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016
(212) 684-5191

Andrew J. Levander, Esq.
Neil A. Steiner, Esq.
DECHERT, LLP
Attorneys for Defendants Merkin and
   Gabriel Capital
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

NYC 323612.1
NYC 328737.1