Ira G. Greenberg
Robert J. Novack
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Seidman, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

-------------------------------------------------------x

No. 08 Civ. 10922 (DAB)

AFFIDAVIT OF IRA G. GREEN-
BERG IN SUPPORT OF MOTION
OF DEFENDANT BDO SEIDMAN, LLP
TO DISMISS_____

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

IRA G. GREENBERG, being duly sworn, deposes and says:

1.      I am a member of the bar of this Court and of the firm of Edwards
Angell Palmer & Dodge LLP, attorneys for defendant BDO Seidman, LLP. I make this
affidavit in support of its motion to dismiss.

2.      I have annexed to this affidavit as exhibit A a copy of the amended
complaint; as exhibit B, of AU 110; as exhibit C, of AU 230; and as exhibit D, of AU 332.

3. "AU" refers to auditing standards that are part of Generally Accepted Auditing Standards as that term is used in the amended complaint.

_____
IRA G. GREENBERG

Sworn to before me this 25th
day of June, 2009

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__09