Ira G. Greenberg
Robert J. Novack
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Seidman, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION                      No. 08 Civ. 10922 (DAB)

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that, at the request of the Court, the motion of defendant BDO Seidman, LLP to dismiss dated June 25, 2009, is withdrawn without prejudice.

Dated: New York, NY
       June 30, 2009

                                                                          _/s/ Ira G. Greenberg_
                                                                          Ira G. Greenberg
                                                                          Robert J. Novack
                                                                          Florence A. Crisp
                                                                          EDWARDS ANGELL PALMER & DODGE LLP
                                                                          Attorneys for Defendants BDO Seidman, LLP
                                                                          750 Lexington Avenue, 8th floor
                                                                          New York, NY 10022
                                                                          (212) 308-4411

TO:

Arthur N. Abbey, Esq.
Karin Fisch, Esq.
Nancy Kaboolian, Esq.
Stephen Thran Rodd, Esq.
Richard B. Margolies, Esq.
ABBEY SPANIER RODD & ABRAMS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016
(212) 684-5191

Andrew J. Levander, Esq.
Neil A. Steiner, Esq.
DECHERT, LLP
Attorneys for Defendants Merkin and
  Gabriel Capital
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500