UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re J. EZRA MERKIN and GABRIEL CAPITAL CORP. LITIGATION | Case No. 08-cv-10922 (DAB) |
|---|---|

## NOTICE OF MOTION TO ADMIT PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Neil A. Steiner dated August 28, 2009, and the annexed proposed Order, Defendants J. Ezra Merkin and Gabriel Capital Corporation will move this Court before the Honorable Deborah A. Batts, in the United States Courthouse, located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting:

>M. Katherine Stroker
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104-2808
>Tel: (215) 994-4000
>Fax: (215) 655-2112
>katherine.stroker@dechert.com

*pro hac vice* in the above-referenced matter to represent Defendants J. Ezra Merkin and Gabriel Capital Corporation before this Court.

M. Katherine Stroker is a member in good standing of the bars of the Supreme Court of Pennsylvania (No. 20992), the United States District Court for the Eastern District of Pennsylvania (No. 20992), and the District of Columbia Court of Appeals (No. 491196). There

are no pending disciplinary proceedings against M. Katherine Stroker in any State or Federal court.

Dated: New York, New York
       August 28, 2009

DECHERT LLP

By: _____
Neil A. Steiner
neil.steiner@dechert.com
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

# CERTIFICATE OF SERVICE

I, LUIS A. LOPEZ, hereby certify that:

I am not a party to the action, am over the age of eighteen years of age, and reside in Rockland County, New York.

On the 2nd day of September I caused to be served by regular first class mail a copy of the annexed NOTICE OF MOTION TO ADMIT PRO HAC VICE M. KATHERINE STROKER upon the following:

| | |
|---|---|
| Gregory M. Nespole, Esq.<br>Wolf Hadelstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 | Ira G. Greenberg, Esq.<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022 |
| Arthur N. Abbey, Esq.<br>Abbey Spanier Rodd Abrams & Paradis, LLP<br>212 East 39th Street<br>New York, NY 10016 | Karen Bitar, Esq.<br>Greenberg Traurig<br>200 Park Avenue<br>New York, NY 10166 |
| Marc I. Gross, Esq.<br>Pomerantz Haudek Block Grossman & Gross<br>100 Park Avenue<br>New York, NY 10017 | Howard Schiffman, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022 |

_____
LUIS A. LOPEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re J. EZRA MERKIN and GABRIEL CAPITAL CORP. LITIGATION | Case No. 08-cv-10922 (DAB) |
|---|---|

## AFFIRMATION IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

Neil A. Steiner hereby declares under penalty of perjury as follows:

1. I am a partner at Dechert LLP, counsel for Defendants J. Ezra Merkin and Gabriel Capital Corporation. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit M. Katherine Stroker as counsel pro hac vice to represent Defendants J. Ezra Merkin and Gabriel Capital Corporation in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known M. Katherine Stroker since November of 2008.

4. Ms. Stroker is an associate with Dechert LLP, in Philadelphia, Pennsylvania. Ms. Stroker is a member in good standing of the Bars of the Supreme Court of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, and the District of Columbia Court of Appeals. Certificates of good standing from the Bars of the Commonwealth of Pennsylvania and the District of Columbia are attached as Exhibit A.

5. I have found Ms. Stroker to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of M. Katherine Stroker, pro hac vice.

7. I respectfully submit a proposed order granting the admission of M. Katherine Stroker, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit M. Katherine Stroker, pro hac vice, to represent Defendants J. Ezra Merkin and Gabriel Capital Corporation in the above captioned matter, be granted.

Dated: August 28, 2009

RESPECTFULLY SUBMITTED,

By: _____
Neil A. Steiner
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
neil.steiner@dechert.com

*Attorney for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*M. Katherine Stroker, Esq.*

**DATE OF ADMISSION**

*April 27, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 4, 2009

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

M. KATHERINE STROKER

was on the 4TH day of FEBRUARY, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 11, 2009.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re J. EZRA MERKIN and GABRIEL CAPITAL CORP. LITIGATION | Case No. 08-cv-10922 (DAB) |
|---|---|

## ORDER FOR ADMISSION PRO HAC VICE
## UPON WRITTEN MOTION

Upon the motion of Neil A. Steiner, attorney for Defendants J. Ezra Merkin and Gabriel Capital Corporation and Neil A. Steiner's affidavit in support;

**IT IS HEREBY ORDERED THAT**

M. Katherine Stroker
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Fax: (215) 655-2112
katherine.stroker@dechert.com

is admitted to practice pro hac vice as counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
    New York, New York

_____
United States District Judge