

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/21/09
```

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**GARY J. MENNITT**

gary.mennitt@dechert.com
+1 (212) 698-3831 Direct
+1 (212) 314-0011 Fax

September 16, 2009

**BY HAND**

Honorable Deborah Batts
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

SEP 1 7

Re: (i) In re J. Ezra Merkin and BDO Seidman Sec. Lit, 08 Civ. 10922 (DAB)
(ii) Croscill, Inc. et al. v. Gabriel Capital, L.P., et al., 09 Civ. 6031 (SWK)
(iii) Morris Fuchs Holdings, LLC v. Gabriel Capital, L.P. et al., 09 Civ. 6483 (SWK)

Dear Judge Batts:

We represent defendants J. Ezra Merkin and Gabriel Capital Corporation in the above-captioned matters. At the suggestion of the Court's law clerk, we write to bring your attention to the above-referenced Croscill and Fuchs matters. The consolidated class action first filed is already assigned to this Court. Pursuant to Local Civil Rule 1.6(a) and Rule 15(c) for the Division of Business Among District Judges, by letter dated July 23, 2009 (a copy of which is enclosed) we requested that Croscill and Fuchs be reassigned to you, in order to avoid unnecessary duplication of judicial effort.

By Order dated June 25, 2009, the time for defendants to answer, move or otherwise respond to the consolidated class action was adjourned sine die while plaintiffs' counsel in the consolidated actions litigate the issue of appointment of lead counsel. In connection with the anticipated reassignment and scheduling of Croscill and Fuchs, the parties agreed to adjourn the time for defendants to answer or otherwise respond to the Croscill and Fuchs complaints until September 30, 2009.

Rather than stipulate to an additional adjournment of the time to respond to the Croscill and Fuchs complaints, we respectfully request that these actions be re-assigned to this Court and placed on the same schedule as the consolidated class action.

granted
DAB
9/21/09

**MEMO ENDORSED**

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

US Austin Boston Charlotte Hartford New York Newport Beach Philadelphia Princeton San Francisco Silicon Valley Washington DC
EUROPE Brussels London Luxembourg Moscow Munich Paris ASIA Beijing Hong Kong

New York Law School v. Ascot Partners, L.P. et al                                                                                                    Doc. 34