UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re J. EZRA MERKIN and GABRIEL CAPITAL CORP. LITIGATION | Case No. 08-cv-10922 (DAB) |

## MOTION TO ADMIT PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Neil A. Steiner, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    M. Katherine Stroker
    Dechert LLP
    Cira Centre
    2929 Arch Street
    Philadelphia, PA 19104-2808
    Tel: (215) 994-4000
    Fax: (215) 655-2112
    katherine.stroker@dechert.com

in the above-referenced matter to represent Defendants J. Ezra Merkin and Gabriel Capital Corporation before this Court.

OCT 13 2009

New York Law School v. Ascot Partners, L.P. et al     Doc. 35

M. Katherine Stroker is a member in good standing of the bars of the Supreme Court of Pennsylvania (No. 20992), the United States District Court for the Eastern District of Pennsylvania (No. 20992), and the District of Columbia Court of Appeals (No. 491196). There are no pending disciplinary proceedings against M. Katherine Stroker in any State or Federal court.

Dated: New York, New York
October 13, 2009

DECHERT LLP

By: _____

Neil A. Steiner
neil.steiner@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion and affirmation were served upon the following addressees by United States Mail on this 13th day of October, 2009:

Gregory M. Nespole, Esq.
Wolf Hadelstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

Ira G. Greenberg, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Arthur N. Abbey, Esq.
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016

Karen Bitar, Esq.
Greenberg Traurig
200 Park Avenue
New York, NY 10166

Marc I. Gross, Esq.
Pomerantz Haudek Block Grossman & Gross
100 Park Avenue
New York, NY 10017

Howard Schiffman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

_____
BRYAN J. BLOCK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re J. EZRA MERKIN and GABRIEL CAPITAL CORP. LITIGATION | Case No. 08-cv-10922 (DAB) |
|---|---|

**AFFIRMATION IN SUPPORT
OF MOTION TO ADMIT
PRO HAC VICE**

Neil A. Steiner hereby declare under penalty of perjury as follows:

1. I am a partner at Dechert LLP, counsel for Defendants J. Ezra Merkin and Gabriel Capital Corporation. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit M. Katherine Stroker as counsel pro hac vice to represent Defendants J. Ezra Merkin and Gabriel Capital Corporation in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known M. Katherine Stroker since November of 2008.

4. Ms. Stroker is an associate with Dechert LLP, in Philadelphia, Pennsylvania. Ms. Stroker is a member in good standing of the Bars of the Supreme Court of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, and the District of Columbia Court of Appeals. Certificates of good standing from the Bars of the Commonwealth of Pennsylvania and the District of Columbia are attached as Exhibit A.

5.  I have found Ms. Stroker to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of M. Katherine Stroker, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of M. Katherine Stroker, pro hac vice, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit M. Katherine Stroker, pro hac vice, to represent Defendants J. Ezra Merkin and Gabriel Capital Corporation in the above captioned matter, be granted.

Dated: October 13, 2009

RESPECTFULLY SUBMITTED,

By: _____
Neil A. Steiner
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
neil.steiner@dechert.com

*Attorney for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That M. Katherine Stroker, Bar # 209992, was duly admitted to practice in said Court on April 22, 2009, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                          Clerk of Court

on September 21, 2009.                      BY *(signature)*
                                              Aida Ayala,     Deputy Clerk



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### M. Katherine Stroker, Esq.

**DATE OF ADMISSION**

**April 27, 2009**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 29, 2009

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

M. KATHERINE STROKER

was on the 4TH day of FEBRUARY, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 7, 2009.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re J. EZRA MERKIN and GABRIEL CAPITAL CORP. LITIGATION | Case No. 08-cv-10922 (DAB) |
|---|---|

**ORDER FOR ADMISSION PRO HAC VICE**
**UPON WRITTEN MOTION**

Upon the motion of Neil A. Steiner, attorney for Defendants J. Ezra Merkin and Gabriel Capital Corporation and Neil A. Steiner's affidavit in support; **IT IS HEREBY ORDERED** that

> M. Katherine Stroker
> DECHERT LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA 19104-2808
> Tel: (215) 994-4000
> Fax: (215) 655-2112
> katherine.stroker@dechert.com

is admitted to practice pro hac vice as counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____
   New York, New York

_____
United States District Judge