UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

In re J. EZRA MERKIN and
GABRIEL CAPITAL CORP. LITIGATION

Case No. 08-cv-10922 (DAB)

## ORDER FOR ADMISSION PRO HAC VICE
## UPON WRITTEN MOTION

Upon the motion of Neil A. Steiner, attorney for Defendants J. Ezra Merkin and Gabriel Capital Corporation and Neil A. Steiner's affidavit in support; **IT IS HEREBY**

**ORDERED** that

M. Katherine Stroker
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Fax: (215) 655-2112
katherine.stroker@dechert.com

New York Law School v. Ascot Partners, L.P. et al Doc. 36

is admitted to practice pro hac vice as counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: *October 20, 2009*
New York, New York

*Deborah A. Batts*
United States District Judge

13586441.1.LITIGATION