UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE J. EZRA MERKIN AND BDO SEIDMAN SECURITIES LITIGATION | 08 CV 10922 (DAB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for consolidated plaintiffs Jacob E. Finkelstein CGM IRA Rollover Custodian and Nephrology Associates, PC Pension Plan in the above-captioned action. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
March 11, 2010

By:  WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

Malcolm T. Brown (MB-3272)
brown@whafh.com
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Attorneys for Jacob E. Finkelstein CGM IRA Rollover Custodian and Nephrology Associates, PC Pension Plan*

/571750