USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x

IN RE J. EZRA MERKIN AND BDO SEIDMAN : 08 Civ. 10922 (DAB)
SECURITIES LITIGATION

------------------------------------------ x

## STIPULATION AND ORDER

WHEREAS, in a January 28, 2010 Order, the Court ordered Plaintiffs to file a Consolidated Amended Complaint on March 1, 2010 and Defendants to move or answer by March 31, 2010; and

WHEREAS, Defendants seek an extension from March 31, 2010 until April 14, 2010 to answer, move, or otherwise respond to the SAC, this is the first request for an extension of this deadline, and Plaintiffs do not oppose this request; and

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, that the time within which Defendants are required to answer, move, or otherwise respond to the Complaint filed by Plaintiffs shall be extended from March 31, 2010 to April 14, 2010;

i

It is further stipulated and agreed that this stipulation shall not be deemed to be an appearance in this litigation or consent by any Defendant to jurisdiction, and shall not constitute a waiver of any defenses or objections to this lawsuit or to the jurisdiction or venue of the Court.

DATED: March __, 2010                    ABBEY SPANIER RODD & ABRAMS, LLP

By: /s/ Arthur N. Abbey
Arthur N. Abbey
aabbey@abbeyspanier.com
Karin Fisch
kfisch@abbeyspanier.com
Stephanie Amin-Giwner
samin@abbeyspanier.com
Richard B. Margolies
rmargolies@abbeyspanier.com

212 East 39th Street
New York, NY 10016
Telephone: (212) 889-3700
Fax: (212) 684-5191

*Lead Counsel for the Class*

DATED: March __, 2010          DECHERT LLP

By: /s/ Andrew J. Levander
    Andrew J. Levander
    andrew.levander@dechert.com
    Gary J. Mennitt
    gary.mennitt@dechert.com
    Neil A. Steiner
    neil.steiner@dechert.com
    Katherine Stroker
    katherine.stroker@dechert.com

1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

DATED: March __, 2010          EDWARDS ANGELL PALMER & DODGE, LLP

By: /s/ Ira G. Greenberg
    Ira G. Greenberg
    igreenberg@eapdlaw.com
    Robert Novack
    rnovack@eapdlaw.com
    Charles W. Stotter
    cstotter@eapdlaw.com

750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Fax: (212) 308-4844

*Attorneys for Defendants BDO Seidman, LLP*

DATED: March 11, 2010

ALLEN & OVERY LLP

By: /s/ David C. Esseks

David C. Esseks
david.esseks@allenovery.com
Julie Withers
julie.withers@allenovery.com
Rasika Rathi
rasika.rathi@allenovery.com

1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Fortis Bank S.A./N.V. and Fortis Prime Fund Solutions (USA) LLC*

SO ORDERED

Dated: New York, New York
March 16, 2010

/s/ Deborah A. Batts
Deborah A. Batts
United States District Judge