**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE J. EZRA MERKIN AND BDO SEIDMAN SECURITIES LITIGATION | 08 CV 10922 (DAB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for consolidated plaintiffs Jacob E.

Finkelstein CGM IRA Rollover Custodian and Nephrology Associates, PC Pension Plan in the

above-captioned action. I hereby certify that I am admitted to practice in this Court.

Dated:      New York, New York
            March 11, 2010

                                WOLF HALDENSTEIN ADLER
                                FREEMAN & HERZ LLP

By:     _____
                                Gregory M. Nespole (GN 6820)
                                nespole@whafh.com
                                270 Madison Avenue
                                New York, New York 10016
                                (212) 545-4600

                                *Attorneys for Jacob E. Finkelstein CGM IRA*
                                *Rollover Custodian and Nephrology*
                                *Associates, PC Pension Plan*