Ira G. Greenberg
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO USA, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

------------------------------------------------------------x

No. 08 Civ. 10922 (DAB)

MOTION OF DEFENDANT BDO
USA, LLP TO DISMISS

      Defendant BDO USA, LLP, formerly known as BDO Seidman, LLP, moves to dismiss the action as against it pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). This motion is based on the declaration of Ira G. Greenberg, dated the 30th day of July, 2010, together with the exhibits thereto. A memorandum of law is also being submitted in support of the motion.

      This motion will come on to be heard before Hon. Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New

York, NY 10007, on a date and at a time that the Court may designate.

Dated: New York, NY
July 30, 2010

*[signature]*

Ira G. Greenberg (igreenberg@eapdlaw.com)
Florence A. Crisp (fcrisp@eapdlaw.com)
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO USA, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

TO:

ABBEY SPANIER RODD ABRAMS
& PARADIS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016
(212)889-3700

DECHERT, LLP
Attorneys for Defendants Merkin and
    Gabriel Capital Corp.
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Attorneys for Defendants Jacob E.
    Finkelstein and Nephrology Associates
270 Madison Avenue
New York, NY 10017
(212) 545-4693

SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners, L.P. and
    Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022
(212) 756-2000

ALLEN & OVERY
Attorneys for Fortis
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300