Ira G. Greenberg
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO USA, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

------------------------------------------------------------x

No. 08 Civ. 10922 (DAB)

DECLARATION OF IRA G. GREEN-
BERG IN SUPPORT OF MOTION
OF DEFENDANT BDO USA, LLP
TO DISMISS

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK )

    IRA G. GREENBERG declares as follows:

    1.    I am a member of the bar of this Court and of the firm of Edwards Angell Palmer & Dodge LLP, attorneys for defendant BDO USA, LLP, formerly known as BDO Seidman, LLP. I make this declaration in support of its motion to dismiss.

    2.    I have annexed to this declaration as exhibit A a copy of the third amended complaint; as exhibit B, of AU 326; as exhibit C, of AU 230; as exhibit D, of AU 311; as exhibit E, of AU 316; as exhibit F, of AU 332; as exhibit G, of chapter 5 of the AICPA Audit and Accounting Guide: Investment Companies; as exhibit H, of AU 324; and as exhibit I, of AU 110.

    3.    I have also attached for the Court's convenience as exhibit J the slip opinion in <u>CRT Investments, Ltd. v. Merkin</u>, Index No. 601052/09 (N.Y. Sup. Ct.,

New York County decided May 7, 2010), which is cited in the memorandum in support of the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30th day of July, 2010.

_____
IRA G. GREENBERG