Ira G. Greenberg
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Cayman Islands
    and BDO Limited
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

------------------------------------------------------------x

No. 08 Civ. 10922 (DAB)

MOTION OF DEFENDANTS BDO
CAYMAN ISLANDS AND BDO
LIMITED TO DISMISS

Defendants BDO Cayman Islands (sued as BDO Tortuga) and BDO Limited (sued as BDO Binder) move to dismiss the action as against it pursuant to Fed. R. Civ. P. 12(b)(1), (2), and (6). This motion is based on the declarations of Ira G. Greenberg, dated the 30th day of July, 2010, Glen Trenouth, dated the 23rd day of July, 2010, Andrew Bickerton, dated the 30th day of July, 2010, Graeme Halkerston, dated the 30th day of July, 2010, and Eliot Simpson, dated the 30th day of July, 2010, together with the exhibits thereto. A memorandum of law is also being submitted in support of the motion.

NYC 346838.1

This motion will come on to be heard before Hon. Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and at a time that the Court may designate.

Dated: New York, NY
July 30, 2010

*/s/ Ira G. Greenberg*

Ira G. Greenberg (igreenberg@eapdlaw.com)
Florence A. Crisp (fcrisp@eapdlaw.com)
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Seidman, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

TO:

ABBEY SPANIER RODD ABRAMS
& PARADIS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016
(212)889-3700

DECHERT, LLP
Attorneys for Defendants Merkin and
   Gabriel Capital Corp.
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Attorneys for Plaintiffs Jacob E.
   Finkelstein and Nephrology Associates
270 Madison Avenue
New York, NY 10017
(212) 545-4693

SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners, L.P. and
   Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022
(212) 756-2000

ALLEN & OVERY
Attorneys for Fortis
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300