# Dechert
LLP



1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**NEIL A. STEINER**

neil.steiner@dechert.com
+1 212 698 3822 Direct
+1 212 698 0480 Fax



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/02/10

July 29, 2010

**BY HAND**

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *In re J. Ezra Merkin and BDO Seidman Securities Litigation*, C.A. No. 08-Civ-10922

Dear Judge Batts:

We represent Defendants J. Ezra Merkin and Gabriel Capital Corporation (collectively "Defendants") in the above-captioned matter. We write, with the consent of Plaintiffs' counsel, to seek an extension of the page limits for briefing of Defendants' motion to dismiss the Third Amended Complaint, which motion is to be filed on August 2, 2010. Specifically, pursuant to Rule II(C) of Your Honor's individual practices, we request the Court's approval for (i) Defendants to file a brief in support of their motion to dismiss of not more than 35 pages; (ii) Plaintiffs to file an opposition brief to Defendants' motion of not more than 35 pages; and (iii) Defendants to file a reply brief of not more than 15 pages.

Granted
/DAB/
08/02/10

Respectfully submitted,

Neil A. Steiner

cc: All Counsel of Record (via email)

**MEMO ENDORSED**

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
August 2, 2010