USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/04/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
In re                                :
                                     :   No. 08 Civ. 10922 (DAB)
J. EZRA MERKIN AND BDO SEIDMAN       :
SECURITIES LITIGATION                :
                                     :
                                     :
------------------------------------ X
CROSCILL INC., et al.,               :
                                     :
        Plaintiffs,                  :   No. 09 Civ. 6031 (DAB)
                                     :
    -against-                        :
                                     :
GABRIEL CAPITAL, L.P. et al.,        :
                                     :
        Defendants.                  :
------------------------------------ X
MORRIS FUCHS HOLDINGS, LLC           :
                                     :
        Plaintiff,                   :   No. 09 Civ. 6483 (DAB)
                                     :
    -against-                        :
                                     :
GABRIEL CAPITAL, L.P. et al.,        :
                                     :
        Defendants.                  :
------------------------------------ X

/DAB/ 08/04/10

[PROPOSED] ORDER

WHEREAS Exhibits D and E to Defendants J. Ezra Merkin and Gabriel Capital Corporation's Declaration of Gary J. Mennitt in Support of Defendants' Motion to Dismiss, filed August 2, 2010, inadvertently included confidential taxpayer identification numbers, and

WHEREAS Exhibits D and E have therefore been sealed by the Clerk's Office at Defendants' request,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Clerk's Office shall replace the sealed exhibits with properly redacted exhibits in the form attached hereto.

SO ORDERED.

Dated: New York, New York
August 4, 2010

*Deborah A. Batts*
Deborah A. Batts
United States District Judge