AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

In re J. EZRA MERKIN AND GABRIEL CAPITAL CORP. LITIGATION

APPEARANCE

Case Number: 08 CV 10922 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
BDO USA (F/K/A BDO SEIDMAN)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/15/2010 | *[signature]* |
| Date | Signature |
| | FLORENCE A. CRISP    FAC 5805 |
| | Print Name    Bar Number |
| | EDWARDS ANGELL PALMER & DODGE LLP |
| | 2800 Financial Plaza |
| | Address |
| | PROVIDENCE    RI    02903 |
| | City    State    Zip Code |
| | (401) 276-6413    (866) 204-4410 |
| | Phone Number    Fax Number |