MEMO ENDORSED

# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue   New York, NY 10022   212.308.4411   fax 212.308.4844   eapdlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/10

RECEIVED
NOV 05 2010
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Ira G. Greenberg
212.912.2756
fax 888.325.9157
igreenberg@eapdlaw.com

November 5, 2010

Hon. Deborah A. Batts
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   In re J. Ezra Merkin and BDO Seidman
      Secs. Litigation, No. 08 Civ. 10922 (DAB)

Dear Judge Batts:

I am responding on behalf of defendants to the email from your law clerk, Kevin Jayne, on November 1.

Defendants do not object to the amendment of the currently operative complaint to alter the definition of the class, without prejudice to arguments that defendants may have relative to the class definition or class certification.

Respectfully,

/s/ Ira G. Greenberg
Ira G. Greenberg

*Amend Complaint*

**SO ORDERED**

/s/ Deborah A. Batts  11/18/10
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:   All counsel

NYC 363031.1