# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  *fax* 212.308.4844  eapdlaw.com



Ira G. Greenberg
212.912.2756
*fax* 888.325.9157
igreenberg@eapdlaw.com

November 23, 2010

**BY HAND**

Honorable Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:  In re J. Ezra Merkin and BDO Seidman Secs. Lit., No. 08 Civ. 10922 (DAB)

Dear Judge Batts:

    I represent BDO USA, LLP, and write to seek permission to file a 15-page reply brief in further support of BDO USA's motion to dismiss the Third Amended Complaint. Plaintiffs have consented to this request.

Respectfully,

/s/ Ira G. Greenberg
Ira G. Greenberg

cc: All Counsel

NYC 364471.1

*Granted*
/s/ DAB
11/24/10

**SO ORDERED**
/s/ Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
Nov 24, 2010

BOSTON MA | FT. LAUDERDALE FL | HARTFORD CT | MADISON NJ | NEW YORK NY | NEWPORT BEACH CA | PROVIDENCE RI
STAMFORD CT | WASHINGTON DC | WEST PALM BEACH FL | WILMINGTON DE | LONDON UK | HONG KONG (ASSOCIATED OFFICE)