UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

-----------------------------------------------------x

No. 08 Civ. 10922 (DAB)

REPLY DECLARATION OF GLEN
TRENOUTH IN FURTHER SUPPORT
OF CAYMAN'S AND LIMITED'S MO-
TIONS TO DISMISS

GRAND CAYMAN          : ss:

GLEN TRENOUTH declares as follows:

1.     I am a chartered accountant and the managing partner of BDO in the Cayman Islands ("Cayman"). I make this reply declaration in further support of the motion to dismiss of Cayman's and its former sister company in the British Virgin Islands, BDO Limited ("Limited").

2.     Less than two percent of Cayman's revenues come from non Cayman Islands entities, and most of the rest comes from British Virgin Islands entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 29th day of November, 2010.

_____
GLEN TRENOUTH

NYC 363438.1