UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE J. EZRA MERKIN AND BDO SEIDMAN SECURITIES LITIGATION | 08 CV 10922 (DAB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for consolidated plaintiffs Jacob E. Finkelstein CGM IRA Rollover Custodian and Nephrology Associates, PC Pension Plan in the above-captioned action. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 20, 2011

                                        WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLP

By:   /s/ Demet Basar
      Demet Basar
      basar@whafh.com
      270 Madison Avenue
      New York, New York 10016
      Tel.: (212) 545-4600
      Fax: (212) 545-4653

*Attorneys for Jacob E. Finkelstein CGM IRA Rollover Custodian and Nephrology Associates, PC Pension Plan*

656807