Ira G. Greenberg
Florence A. Crisp
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO USA, LLP
   f/k/a BDO Seidman, LLP
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :   No. 08 Civ. 10922 (DAB)
In Re                                  :
                                          :
J. EZRA MERKIN AND BDO SEIDMAN   :   **NOTICE OF CHANGE OF FIRM NAME**
SECURITIES LITIGATION              :
---------------------------------------- X

PLEASE TAKE NOTICE the law firm of Edwards Angell Palmer & Dodge LLP will change its name to Edwards Wildman Palmer LLP effective October 1, 2011. The address and telephone number remain unchanged.

Dated: September 30, 2011
        New York, NY

                                          /s/ Ira Greenberg
                                          Ira G. Greenberg
                                          Florence A. Crisp
                                          EDWARDS ANGELL PALMER & DODGE LLP
                                          Attorneys for Defendant BDO USA, LLP
                                              f/k/a BDO Seidman, LLP
                                          750 Lexington Avenue, 8th floor
                                          New York, NY 10022
                                          (212) 308-4411

NYC 403524.2

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     ss
COUNTY OF NEW YORK :


JOHN FRANCAVILLO, being duly sworn, deposes and says:

I am not a party to this action. I am over the age of 18 years and I am employed by Edwards Angell Palmer & Dodge LLP.

On September 30, 2011 I served the Notice of Change of Firm Name by mailing true copies to:

ABBEY SPANIER RODD ABRAMS
& PARADIS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016
(212)889-3700

DECHERT, LLP
Attorneys for Defendants Merkin and
    Gabriel Capital Corp.
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Attorneys for Plaintiffs Jacob E.
    Finkelstein and Nephrology Associates
270 Madison Avenue
New York, NY 10017
(212) 545-4693

SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners, L.P. and
    Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022
(212) 756-2000

NYC 403615.1

ALLEN & OVERY
Attorneys for Fortis
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

By mailing true copies under the exclusive care of the U.S. Postal Service within the state of New York.

_____
JOHN FRANCAVILLO

Sworn to before me this
30 day of Sept. 2011

_____
Notary Public

JEAN W. McLOUGHLIN
Notary Public, State of New York
No. 01MC6184463
Qualified in Queens County
Commission Expires April 7, 20 12