UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re J. Ezra Merkin and BDO Seidman Securities Litigation | Case No. 08 Civ. 10922 (DAB) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs, by their undersigned counsel, will move this Court, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, before the Honorable Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and a time designated by the Court, for an order, pursuant to Rule 59(e), amending the Court's Judgment entered September 28, 2011, in order to (i) correct clear errors of law, and (ii) grant permission, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to file an amended complaint. The grounds for the motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion Pursuant to Rule 59(e) to Alter or Amend The Judgment, Declaration of Demet Basar in Support of Plaintiffs' Motion Pursuant to Rule 59(e) to Alter or Amend The Judgment, the exhibits attached thereto, and the entire record, file, and proceedings herein.

Any opposing affidavits and answering memoranda of law shall be served, in accordance with Local Civil Rule 6.1(b), within fourteen days after service of this Notice.

671406

Plaintiff respectfully requests oral argument on this motion.

Dated: New York, New York
       October 25, 2011

                    **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                    By:   /s/ Demet Basar
                          Demet Basar
                          Gregory M. Nespole

                    270 Madison Avenue
                    New York, New York 10016
                    Telephone: (212) 545-4600
                    Facsimile:  (212) 545-4653
                    Email: basar@whafh.com
                            nespole@whafh.com

                    **ABBEY SPANIER RODD & ABRAMS, LLP**
                    Karin E. Fisch
                    Richard B. Margolies
                    212 East 39th Street
                    New York, New York 10016
                    Telephone: (212) 889-3700
                    Facsimile: (212) 684-5191
                    kfisch@abbeyspanier.com
                    rmargolies@abbeyspanier.com