**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re J. Ezra Merkin and BDO Seidman Securities Litigation,

Case No. 08 Civ. 10922 (DAB)



## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on September 27, 2011 and the Order entered September 23, 2011 granting defendants' motions to dismiss and dismissing Plaintiffs' Third Consolidated Amended Class Action Complaint in its entirety with prejudice.

Dated:  October 27, 2011

**ABBEY SPANIER RODD &**
**ABRAMS, LLP**

By: _____
Arthur N. Abbey
aabbey@abbeyspanier.com
Karin Fisch
kfisch@abbeyspanier.com
Richard B. Margolies
rmargolies@abbeyspanier.com
212 East 39th Street
New York, NY  10016
(212) 889-3700

*Counsel for Co-Lead Plaintiffs*
*New York Law School and Scott Berrie*

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By: _____
Demet Basar
basar@whafh.com
Gregory Mark Nespole
nespole@whafh.com
Malcolm T. Brown
brown@whafh.com
270 Madison Avenue
New York, NY  10016
(212) 545-4600

*Counsel for Co-Lead Plaintiff*
*Jacob E. Finkelstein CGM*
*IRA Rollover Custodian and*
*Named Plaintiff Nephrology*
*Associates PC Pension Plan*

```
Court Name: District Court
Division: 1
Receipt Number: 465401020304
Cashier ID: Clapsley
Transaction Date: 10/27/2011
Payer Name: ABBEY SPANIER RODD A ABRAMS
LL
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ABBEY SPANIER RODD A ABRAMS LL
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 67
 Amt Tendered:  $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

08CV10922
```