USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>J. EZRA MERKIN AND BDO SEIDMAN SECURITIES LITIGATION | No. 08 Civ. 10922 (DAB) |
| CROSCILL INC., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>GABRIEL CAPITAL, L.P. et al.,<br><br>Defendants. | No. 09 Civ. 6031 (DAB) |
| MORRIS FUCHS HOLDINGS, LLC<br><br>Plaintiff,<br><br>-against-<br><br>GABRIEL CAPITAL, L.P. et al.,<br><br>Defendants. | No. 09 Civ. 6483 (DAB) |

**PROPOSED STIPULATED BRIEFING SCHEDULE**
**REGARDING PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 59(e) TO**
**ALTER OR AMEND THE JUDGMENT**

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel for the parties in the above-captioned actions, and subject to the Court's approval, that, upon the request of the Merkin Defendants (as defined below), the time in which Defendants are

14260524.1.LITIGATION

required to respond to Plaintiffs' Motion pursuant to Fed. R. Civ. P. 59(e) to Alter or Amend the Judgment shall be extended from November 8, 2011 to November 22, 2011; and the time in which Plaintiffs may reply shall be extended until December 13, 2011. The Merkin defendants have not previously sought an extension of time in which to file their response.

Dated: November 7, 2011

By: /s/ Andrew J. Levander

Andrew J. Levander
Gary J. Mennitt
Neil A. Steiner
M. Katherine Stroker
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation ("Merkin Defendants")*

Dated: November 7, 2011

By: /s/ Florence A. Crisp  with permission DMP

Ira G. Greenberg
Florence A. Crisp
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

*Attorneys for the BDO Defendants*

14260524.1. LITIGATION2

Dated: November 7, 2011

By: /s/ Arthur N. Abbey
Arthur N. Abbey    *with permission DWP*
Karin E. Fisch
Richard B. Margolies
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700


Dated: November 7, 2011

By: /s/ Demet Basar
Gregory M. Nespole    *with permission DWP*
Demet Basar
Malcom T. Brown
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Co-lead Counsel for Lead Plaintiffs New York Law School and Scott Berrie and Plaintiffs Jacob E. Finkelstein CGM IRA and Nephrology Associates PC Pension Plan*


Dated: November 7, 2011

By: /s/ Philippe Zimmerman
Philippe A. Zimmerman    *with permission DWP*
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
(212) 554-7800

*Attorneys for Plaintiffs Croscill Inc., Florence Kahn Weinberg Intervivos Trust, Douglas J. Kahn 2008 Family Trust, David Kahn 2008 Family Trust, and Morris Fuchs Holdings, LLC*

IT IS SO ORDERED.

DATED: Nov. 8, 2011

_Deborah A. Batts_
Honorable Deborah A. Batts
United States District Judge

14260524.1. LITIGATION 4