<u>CERTIFICATE OF SERVICE</u>

I certify that on the 22nd day of November, 2011, I caused a true copy of

the attached Memorandum to be served on the following by electronic filing and first-

class mail:

Arthur N. Abbey, Esq.
Karin Fisch, Esq.
Nancy Kaboolian, Esq.
Stephen Thran Rodd, Esq.
Richard B. Margolies, Esq.
ABBEY SPANIER RODD &
ABRAMS LLP
Attorneys for Class Plaintiffs
212 East 39th Street
New York, NY  10016
(212) 684-5191

Andrew J. Levander, Esq.
Gary Mennitt, Esq.
David Hoffner, Esq.
Neil A. Steiner, Esq.
DECHERT, LLP
Attorneys for Defendants Merkin and
    Gabriel Capital
1095 Avenue of the Americas
New York, NY  10036
(212) 698-3500

Gregory Mark Nespole, Esq.
Malcolm Todd Brown, Esq.
Russell Stuart Miness, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
Attorneys for Class Plaintiffs
270 Madison Avenue
New York, NY 10017
(212) 545-4657

Howard Schiffman, Esq.
Harry Sandick, Esq.
Eric A. Bensky, Esq.
SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners L.P and
    Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022
(212) 756-2000

David Esseks, Esq.
ALLEN & OVERY
Attorneys for Fortis Defendants
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300


/s/ _____
Florence A. Crisp