Ira G. Greenberg
Florence A. Crisp
EDWARDS WILDMAN PALMER LLP
Attorneys for Defendants BDO USA, LLP
   f/k/a BDO Seidman, LLP, BDO Cayman Islands,
   and BDO Limited
750 Lexington Avenue, 8th floor
New York, NY  10022
(212) 308-4411


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION.
----------------------------------------------------------- x

No. 08 Civ. 10922 (DAB)

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE** that I, Florence A. Crisp, as a member of the firm Edwards Wildman Palmer LLP representing BDO USA, LLP, BDO Limited, and BDO Cayman Islands in this case, withdraw my appearance in this proceeding and request that no further papers be served upon me in connection with this proceeding.  Attorney Ira G. Greenberg, of Edwards Wildman Palmer LLP, will continue to represent BDO USA, LLP, BDO Limited, and BDO Cayman Islands in this action.


 /s/ Florence A. Crisp_____
Florence A. Crisp
EDWARDS WILDMAN PALMER LLP
Counsel for BDO USA, LLP, BDO Limited, and
BDO Cayman Islands
750 Lexington Avenue
New York, NY 10022-1200
(212) 308-4411

Date: June 20, 2012

America 17009583.1

<u>CERTIFICATE OF SERVICE</u>

I certify that on the 20th day of June, 2012, I caused a true copy of the Withdrawal to be served on the following by electronic filing:

Arthur N. Abbey, Esq.
Karin Fisch, Esq.
Nancy Kaboolian, Esq.
Stephen Thran Rodd, Esq.
Richard B. Margolies, Esq.
ABBEY SPANIER RODD &
ABRAMS LLP
Attorneys for Class Plaintiffs
212 East 39th Street
New York, NY  10016
(212) 684-5191

Andrew J. Levander, Esq.
Gary Mennitt, Esq.
David Hoffner, Esq.
Neil A. Steiner, Esq.
DECHERT, LLP
Attorneys for Defendants Merkin and
    Gabriel Capital
1095 Avenue of the Americas
New York, NY  10036
(212) 698-3500

Gregory Mark Nespole, Esq.
Malcolm Todd Brown, Esq.
Russell Stuart Miness, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
Attorneys for Class Plaintiffs
270 Madison Avenue
New York, NY 10017
(212) 545-4657

Howard Schiffman, Esq.
Harry Sandick, Esq.
Eric A. Bensky, Esq.
SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners L.P and
    Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022
(212) 756-2000

David Esseks, Esq.
ALLEN & OVERY
Attorneys for Fortis Defendants
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

      /s/ Florence A. Crisp
      Florence A. Crisp