Ira G. Greenberg
EDWARDS WILDMAN PALMER LLP
Attorneys for BDO Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411
igreenberg@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re

J. EZRA MERKIN AND GABRIEL CAPITAL
CORP. LITIGATION

No. 08 Civ. 10922 (DAB)

MOTION FOR PRO HAC ADMISSION

-------------------------------------------------------------x

Defendant BDO USA, LLP, BDO Cayman Islands, and BDO Ltd. (collectively, "the BDO defendants") move this Court, pursuant to S.D.N.Y.R. 1.3, for an order admitting Tracy A. Hannan, a member of the Bar of Illinois, pro hac vice.

This motion is made upon the annexed declaration of Ira G. Greenberg, dated the 27th day of July, 2012, together with the exhibit thereto.

Dated: New York, NY
July 27, 2012

Ira G. Greenberg
EDWARDS WILDMAN PALMER LLP
Attorneys for BDO Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411
igreenberg@edwardswildman.com

TO:

All counsel

America 17052404.1

Ira G. Greenberg
EDWARDS WILDMAN PALMER LLP
Attorneys for BDO Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411
igreenberg@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

J. EZRA MERKIN AND GABRIEL CAPITAL
CORP. LITIGATION

-----------------------------------------------------------x

No. 08 Civ. 10922 (DAB)

DECLARATION OF IRA G. GREEN-
BERG IN SUPPORT OF
MOTION FOR PRO HAC ADMISSION

STATE OF NEW YORK   )
                    : ss:
COUNTY OF NEW YORK  )

IRA G. GREENBERG declares as follows:

1. I am a member of the bar of this Court and of the firm of Edwards Wildman Palmer LLP, attorneys for the BDO defendants. I make this declaration in support of their motion for the admission pro hac vice of Tracy A. Hannan, one of my colleagues and a member of the Bar of Illinois.

2. I have annexed as the exhibit to this declaration a certificate of her good standing in Illinois. I am advised that she is admitted only in that jurisdiction.

3. I have worked with Ms. Hannan on other matters. From my personal knowledge she observes the highest standards of professionalism and of ethical conduct.

America 17052404.1

2

4.  Ms. Hannan understands that she must be familiar and comply with the standards of professional conduct imposed on members of the New York bar, including the rules of this Court and the Rules of Professional Conduct, and that she will be subject to the jurisdiction of the Court with respect to her participation in this case.

5.  I shall remain an attorney of record and lead counsel if the Court grants this application.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, NY, on the 27th day of July, 2012.

_____
IRA G. GREENBERG

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Tracy Adelle Hannan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 6, 2004 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, July 17, 2012.

*Carolyn Taft Grosboll*

Clerk

## CERTIFICATE OF SERVICE

I certify that on the 27th day of July, 2012, I caused a true copy of the attached motion to be served on the following by first-class mail:

ABBEY SPANIER RODD &
ABRAMS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
Attorneys for Plaintiffs
270 Madison Avenue
New York, NY 10017

DECHERT, LLP
Attorneys for Defendants Merkin and
 Gabriel Capital
1095 Avenue of the Americas
New York, NY 10036

SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners L.P and
 Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022

_____
IRA G. GREENBERG

America 6846718.1

NYC_6846718_1