UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/09/12

------------------------------------------------------------x

In re

J. EZRA MERKIN AND GABRIEL CAPITAL
CORP. LITIGATION

No. 08 Civ. 10922 (DAB)

ORDER FOR PRO HAC ADMISSION

------------------------------------------------------------x

The motion of the BDO defendants, pursuant to S.D.N.Y.R. 1.3, for the admission to practice pro hac vice of Tracy A. Hannan, attorney with the firm of Edwards Wildman Palmer LLP and member of the Bar of Illinois, is granted. The admitted attorney shall be permitted to argue or try this case in whole or in part as counsel for those defendants.

This order becomes effective upon the Court's receipt of the required $200 fee for the admitted attorney and confirms her appearance as counsel in the case.

Dated: Aug. 8, 2012

*Deborah A. Batts*
U.S.D.J.

America 17019855.1