# Dechert
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

NEIL A. STEINER

neil.steiner@dechert.com
+1 212 698 3822  Direct
+1 212 698 0480  Fax



April 5, 2013

**BY FEDERAL EXPRESS**

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

Re: *In re J. Ezra Merkin and BDO Seidman Securities Litigation*, C.A. No. 08-Civ-10922
*Croscill Inc., et al. v. Gabriel Capital, L.P., et al.*, C.A. No. 09-Civ-6031
*Morris Fuchs Holdings, LLC v. Gabriel Capital, L.P., et al.*, C.A. No. 09-Civ-6483

Dear Judge Batts:

We represent Defendants J. Ezra Merkin and Gabriel Capital Corporation (the "Merkin Defendants") in the above-captioned matters. In accordance with the Court's prior Orders, we write to provide an update to our February 8, 2013, letter concerning the status of the related state-court action brought against the Merkin Defendants by the New York Attorney General and the related federal-court action by the SIPC Trustee of the Madoff estate to enjoin the settlement of the NYAG action.

Judge Rakoff heard argument on the SIPC Trustee's motion for a preliminary injunction on March 25, 2013, and advised the parties that he would issue a ruling on or before April 15, 2013. The parties still anticipate that consummation of the settlement in the NYAG action is likely to resolve Plaintiffs' claims against the Merkin Defendants in this action.

**MEMO ENDORSED**

Accordingly, rather than burden the Court with unnecessary supplemental briefing, we respectfully request that the deadline to submit the supplemental brief pursuant to the September 10 Order be further extended to May 31, 2013, and that the parties update the Court as to the status of the related NYAG action on or before May 24, 2013. Counsel for the other parties have advised that they do not object to the proposed adjournment.

Granted
/DAB/
4/16/13

Respectfully submitted,

*/s/ Neil A. Steiner*

Neil A. Steiner

cc: All Counsel of Record (via email)

SO ORDERED

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
4/16/13

14866135