```
UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
In re: J. EZRA MERKIN AND BDO SEIDMAN
       SECURITIES LITIGATION                  08 Civ. 10922 (DAB)
                                                    ORDER
--------------------------------------------X
CROSCILL INC., et al.,

                     Plaintiffs,
             - v. -                           09 Civ. 6031(DAB)
                                                    ORDER
GABRIEL CAPITAL, L.P., et al.,


                     Defendants,
--------------------------------------------X
MORRIS FUCHS HOLDINGS, LLC,


                     Plaintiff,              09 Civ. 6483 (DAB)
             - v. -                                 ORDER

GABRIEL CAPITAL, L.P., et al.,


                     Defendants.
--------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of the May 30, 2013 letter of Defendants J. Ezra Merkin and Gabriel Capital Corporation (the "Merkin Defendants") stating that the Merkin Defendants and Lead Plaintiffs intend to submit a stipulation of dismissal of all claims against the Merkin Defendants in the above-captioned actions. The letter also notes that Lead Plaintiffs have advised that they will continue to prosecute their claims against BDO Seidman.

The above-captioned actions are hereby STAYED as against the Merkin Defendants, pending approval of the Stipulation of Dismissal. Plaintiffs' response to the supplemental briefs submitted in September 2012 by Defendants BDO USA, LLP, BDO Cayman Islands, and BDO Limited (the "BDO Defendants") shall be filed no later than thirty days from the date of this Order. The reply brief of the BDO Defendants, if any, shall be filed no later than fourteen days from the date of Plaintiffs' response.

SO ORDERED.

Dated: June 4, 2013
       New York, New York

_____
Deborah A. Batts
United States District Judge