

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/13

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

**ABBEY SPANIER LLP**
ATTORNEYS AT LAW

June 17, 2013

**BY FEDERAL EXPRESS**

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

    Re:    **In re J. Ezra Merkin and BDO Seidman Securities Litigation,
C.A. No. 08-Civ-10922 (DAB)**

Dear Judge Batts:

**MEMO ENDORSED**

    This firm is co-lead counsel, along with Wolf Haldenstein Adler Freeman & Herz LLP, in the above-referenced action. I write to request a two week extension of time for Lead Plaintiffs to respond to the supplemental briefing submitted in September 2012 by Defendants BDO, USA, LLP, BDO Cayman Islands, and BDO Limited (the "BDO Defendants"). Pursuant to Your Honor's June 4, 2013 Order, the original response date, absent an extension, would be July 5, 2013. Lead Plaintiffs have not previously sought an extension of time.

    Lead Plaintiffs have conferred with the BDO Defendants who do not object to a request for a short extension. The parties have agreed upon the following dates: July 19, 2013 for Plaintiffs' opposition briefs and August 9, 2013 for the BDO Defendants' replies.

Granted
/DAB/
7/1/13

**MEMO ENDORSED**

Respectfully submitted,

Karin E. Fisch

cc: All Counsel of Record (via email)

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
7/1/13