Ira G. Greenberg
Tracy A. Hannan
EDWARDS WILDMAN PALMER LLP
Attorneys for Defendants BDO Cayman
  Islands and BDO Limited
750 Lexington Avenue, 8th floor
New York, NY  10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

No. 08 Civ. 10922 (DAB)

-------------------------------------------------------x

## REPLY MEMORANDUM OF DEFENDANTS BDO CAYMAN ISLANDS AND BDO LIMITED AS REQUIRED BY ORDER ON MOTION FOR RECONSIDERATION

Defendant BDO Cayman Islands, formerly trading as BDO Tortuga and BDO Limited, formerly trading as BDO Binder (collectively, the "foreign BDO defendants") submit this reply memorandum pursuant to the Court's September 10, 2012, order.

The foreign BDO defendants incorporate by reference the reply brief of BDO USA, LLP insofar as it addresses arguments that apply to all the accounting defendants.  Those arguments provide ample grounds for dismissal of the claims against these defendants as well.

In addition, class plaintiffs said nothing in their answering brief that bore on, let alone responded to, the arguments peculiar to the foreign BDO defendants relating to lack of subject matter jurisdiction, lack of personal jurisdiction, the application

AM 22676433.1

of Cayman Islands law, and, as to BDO Limited, the statute of limitatioins.  For those reasons as well, the Court should adhere to its previous order dismissing the action as against these defendants.

Dated:  New York, NY
        July 31, 2013

                                        Respectfully submitted,

                                        Ira G. Greenberg
                                        Tracy A. Hannan
                                        EDWARDS WILDMAN PALMER LLP
                                        Attorneys for Defendants BDO Cayman
                                            Islands and BDO Limited
                                        750 Lexington Avenue, 8th floor
                                        New York, NY  10022
                                        (212) 308-4411

AM 22676433.1

CERTIFICATE OF SERVICE

I certify that on the 1st day of August, 2013, I caused a true copy of the attached reply memorandum to be served on the following by first-class mail:

ABBEY SPANIER RODD &
ABRAMS LLP
Attorneys for Plaintiffs
212 East 39th Street
New York, NY 10016

DECHERT, LLP
Attorneys for Defendants Merkin and
    Gabriel Capital
1095 Avenue of the Americas
New York, NY 10036

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
Attorneys for Plaintiffs
270 Madison Avenue
New York, NY 10017

SCHULTE ROTH & ZABEL, LLP
Attorneys for Ascot Partners L.P and
    Gabriel Capital, L.P.
919 Third Avenue
New York, NY 10022

_____
MARIA A. BOLYARD