

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

**ABBEY SPANIER LLP**
ATTORNEYS AT LAW

May 8, 2014

**BY ECF AND EXPRESS MAIL**

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

Re: Withdrawal of Counsel: Richard B. Margolies
*In re J. Ezra Merkin and BDO Seidman Securities Litigation*,
C.A. No. 08-Civ-10922 (DAB)

Dear Judge Batts:

My firm Abbey Spanier, LLP is co-lead counsel, along with Wolf Haldenstein Adler Freeman & Herz LLP, in the above-referenced action. I write to request the Court grant me leave to withdraw my appearance, and to be removed from the ECF service list. The reason for the request is that I am leaving Abbey Spanier at the end of this week and will no longer be associated with the firm. This action will continue to be handled by Karin E. Fisch, a partner at Abbey Spanier. No delay will result from my withdrawal.

Respectfully submitted,

Richard B. Margolies

cc: All counsel (via ecf)

**SO ORDERED:**

_____
Deborah A. Batts
United States District Judge

