UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE J. EZRA MERKIN AND BDO
SEIDMAN SECURITIES LITIGATION

08 Civ. 10922 (DAB)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against defendants J. Ezra Merkin and Gabriel Capital Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Because the Honorable Deborah A. Batts previously dismissed the lawsuit with prejudice, and the proposed class in the lawsuit has not been certified, the procedures of Rule 23(e) are not applicable.

Plaintiffs' motion pursuant to Rule 59 of the Federal Rules of Civil Procedure to alter or amend the judgment dismissing the lawsuit and for leave to file a Fifth Amended Complaint shall remain pending with respect to defendant BDO Seidman only.

ABBEY SPANIER, LLP

By: _____
Karin E. Fisch
kfisch@abbeyspanier.com
Arthur N. Abbey
aabbey@abbeyspanier.com

212 East 39th Street
New York, NY 10016
212-889-3700 (tel.)
212-684-5191 (fax)

*Co-Lead Counsel for Plaintiffs*

Dated: September 3, 2014

DECHERT LLP

By: _____
Neil A. Steiner
neil.steiner@dechert.com
Andrew J. Levander
andrew.levander@dechert.com

1095 Avenue of the Americas
New York, NY 10036
212-698-3500 (tel.)
212-698-3599 (fax)

*Counsel for J. Ezra Merkin and Gabriel Capital Corporation*

Dated: September 3, 2014

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP

By: *[signature]*
    Demet Basar
    basar@whafh.com
    Daniel W. Krasner
    krasner@whafh.com

270 Madison Avenue
New York, NY 10016
212-545-4600 (tel.)
212-545-4653 (fax)

*Co-Lead Counsel for Plaintiffs*

Dated:  September 2, 2014