UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

In re

J. EZRA MERKIN AND BDO SEIDMAN
SECURITIES LITIGATION

----------------------------------------X

No. 08 Civ. 10922 (DAB)

**NOTICE OF LAW
FIRM NAME CHANGE**

PLEASE TAKE NOTICE, that the law firm of Edwards Wildman Palmer LLP has

changed its name to Locke Lord LLP effective January 10, 2015.  The address and

telephone number remain unchanged.

Dated: New York, New York
         January 13, 2015

/s/ Ira G. Greenberg

Ira G. Greenberg
LOCKE LORD LLP
Attorneys for Defendant BDO USA, LLP
750 Lexington Avenue, 8th floor
New York, NY  10022
(212) 308-4411
ira.greenberg@lockelord.com

AM 45017678.1