

# Locke Lord LLP

Locke Lord Edwards
1750 Lexington Avenue
New York, NY 10022
Telephone: 212-308-4411
Fax: 212-308-4844
www.lockelord.com

Ira G. Greenberg
Of Counsel
Direct Telephone: 212-912-2756
Direct Fax: 888-325-9157
ira.greenberg@lockelord.com

**MEMO ENDORSED**



September 3, 2015

**VIA ECF AND FEDERAL EXPRESS**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007-1312

    Re:    <u>BDO - Class Actions</u>
              08 civ. 10922 (DAB)
Dear Judge Batts:   09 Civ. 6031 (DAB)
              09 Civ. 6483 (DAB)

We represent the BDO defendants. Your most recent order required that we submit a further memorandum concerning the application of SLUSA in light of recent Second Circuit precedent and concerning issues of subject matter jurisdiction by September 18. With the concurrence of counsel for class plaintiffs, we request a thirty day adjournment, as the parties are discussing a possible resolution and, in addition, I will be out of the country for the next week and a half. This is the BDO defendants' first request for an adjournment of this date.

GRANTED.
/s/ DAB
9/8/15

Thank you for your consideration.

Respectfully,

*Ira G. Greenberg /KMC*

Ira G. Greenberg

cc:    All counsel (via ECF)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

9/8/15

AM 54534578.1

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach