

**Locke Lord** LLP

**MEMO ENDORSED**

Locke Lord Edwards
750 Lexington Avenue
New York, NY 10022
Telephone: 212-308-4411
Fax: 212-308-4844
www.lockelord.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/15

Ira G. Greenberg
Direct Telephone: 212-912-2756
Direct Fax: 888-325-9157
ira.greenberg@lockelord.com

October 13, 2015

**VIA ECF AND FEDERAL EXPRESS**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:  In re J. Ezra Merkin and BDO Seidman Secs. Litig., No. 08 Civ. 10922 (DAB), Croscill Inc. v. Gabriel Capital, L.P., No. 09 Civ. 6031 (DAB), and Morris Fuchs Holdings, LLC v. Gabriel Capital, L.P., No. 09 Civ. 6483 (DAB) (S.D.N.Y.)

Dear Judge Batts:

We represent the BDO defendants. You extended our time to submit a further memorandum concerning the application of SLUSA in light of recent Second Circuit precedent and concerning issues of subject matter jurisdiction. That extension expires this Monday, October 18.

I am pleased to report that the parties have reached an agreement in principle to settle this litigation. They are now documenting that settlement. With the concurrence of counsel for class plaintiffs, we request a further thirty-day adjournment. This is the second request for an adjournment as further described above.

The parties thank you for your consideration.

GRANTED.
/s/ DAB
10/14/15

Respectfully,

Ira G. Greenberg

cc:  All counsel (via ECF)

**SO ORDERED**
Deborah A. Batts
**DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE**
10/14/15

AM 55238312.1

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown | New Orleans
New York | Orange County | Providence | Sacramento | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach