UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

IN RE J. EZRA MERKIN AND BDO SEIDMAN			Case No. 08 Civ. 10922 (DAB)
SECURITIES LITIGATION

---------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT:

Please enter the appearance of DLA Piper LLP (US) in this case as counsel for Defendants BDO USA, LLP, BDO Cayman Islands, and BDO Limited (together, the "BDO Defendants"). By entering this appearance, the BDO Defendants do not waive, and expressly reserve any right they may have to appear specially.

Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
         December 11, 2015				Respectfully submitted,

							DLA PIPER LLP (US)


							By:  /s/ Cary B. Samowitz
							     cary.samowitz@dlapiper.com
							     1251 Avenue of the Americas
							     New York, New York 10020
							     Tel:  212.335.4500
							     Fax: 212.335.4501

							     *Attorneys for*
							     *BDO USA, LLP*
							     *BDO Cayman Islands*
							     *BDO Limited*