UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

IN RE J. EZRA MERKIN AND BDO SEIDMAN      Case No. 08 Civ. 10922 (DAB)
SECURITIES LITIGATION

--------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT:

    Please enter the appearance of DLA Piper LLP (US) in this case as counsel for Defendants BDO USA, LLP, BDO Cayman Islands, and BDO Limited (together, the "BDO Defendants"). By entering this appearance, the BDO Defendants do not waive, and expressly reserve any right they may have to appear specially.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
      December 11, 2015               Respectfully submitted,

                                        DLA PIPER LLP (US)

                                        By:  /s/ Timothy E. Hoeffner
                                            timothy.hoeffner@dlapiper.com
                                            1251 Avenue of the Americas
                                            New York, New York 10020
                                            Tel:  212.335.4500
                                            Fax: 212.335.4501

                                            *Attorneys for*
                                            *BDO USA, LLP*
                                            *BDO Cayman Islands*
                                            *BDO Limited*