

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Cary B. Samowitz
cary.samowitz@dlapiper.com
T  212.335.4659
F  212.884.8459

December 11, 2015
*VIA ECF AND FEDERAL EXPRESS*

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007 1312

Re:   In re J. Ezra Merkin and BDO Seidman Secs. Litig., No. 08 Civ. 10922 (DAB), Croscill Inc. v. Gabriel Capital, L.P., No. 09 Civ. 6031 (DAB), and Morris Fuchs Holdings, LLC v. Gabriel Capital, L.P., No. 09 Civ. 6483 (DAB) (S.D.N.Y.)

Dear Judge Batts:

We represent the BDO defendants. The parties have executed an agreement of settlement of this litigation. The settlement contemplates the filing of a Stipulation of Discontinuance with Prejudice after the consummation of a settlement in a separate matter, which should occur in the first quarter of 2016. Because of the settlement of this matter, Plaintiffs and the BDO defendants agree that Plaintiffs' pending motion for reconsideration can be removed from the Court's calendar, without prejudice to plaintiffs' right to refile in the unlikely event that the separate settlement is not consummated

We thank Your Honor for the Court's consideration of this matter.

Respectfully,

Cary B. Samowitz

cc:    All counsel (via ECF)